## 3270 Explorer: Fee Activity Ledger (FEE1)

B A N K U N I T E D — 516

**Loan Number:** ▇▇▇▇▇                                **Borrower Name:** PRADO,MICHEL

```
FEE1                           FEE ACTIVITY LEDGER        02/10/10   16:10:59
SELECTED CODES 1        FROM MMDDYY                       PAGE    1  OF    3
MICHEL PRADO                       14588 SW 158 PATH
                                   MIAMI
                                                          FL 33196-
```

| FEE CODE DESCRIPTION | DATE ASSESSED | AMOUNT | DATE PAID | AMOUNT | DATE WAIVED | AMOUNT |
|---|---|---|---|---|---|---|
| 1 -LATE CHGS- | 12-18-06 | 59.52 | | | | |
| 1 -LATE CHGS- | 01-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | 02-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | | | 02-27-07 | 0.63 | | |
| 1 -LATE CHGS- | 03-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | 04-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | | | 04-17-07 | 0.63 | | |
| 1 -LATE CHGS- | 05-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | | | 05-24-07 | 0.63 | | |
| 1 -LATE CHGS- | 07-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | | | 07-24-07 | 0.63 | | |
| 1 -LATE CHGS- | 08-16-07 | 59.52 | | | | |
| 1 -LATE CHGS- | | | 08-22-07 | 1.62 | | |
| NET  1988.34 | TOTALS | 2071.17 | | 82.83 | | 0.00 |

*1909.65* (handwritten)

## EXHIBIT "A"

## 3270 Explorer: Fee Activity Ledger (FEE1)

B A N K U N I T E D -- 516

**Loan Number:** [redacted]                                   **Borrower Name:** PRADO, MICHEL

```
FEE1                      FEE ACTIVITY LEDGER              02/10/10  16:11:06
SELECTED CODES 1      FROM MMDDYY                           PAGE    2  OF   3
MICHEL PRADO                       14588 SW 158 PATH
                                   MIAMI
                                                           FL 33196-
```

| FEE CODE | DESCRIPTION | DATE ASSESSED | AMOUNT | DATE PAID | AMOUNT | DATE WAIVED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | -LATE CHGS- | 09-17-07 | 59.52 | | | | |
| 1 | -LATE CHGS- | 10-16-07 | 59.52 | | | | |
| 1 | -LATE CHGS- | 11-16-07 | 63.98 | | | | |
| 1 | -LATE CHGS- | 12-17-07 | 63.98 | | | | |
| 1 | -LATE CHGS- | 01-16-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 02-19-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 03-17-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 04-16-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 05-16-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 06-16-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 07-16-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 08-18-08 | 63.98 | | | | |
| 1 | -LATE CHGS- | 09-16-08 | 63.98 | | | | |
| NET | 1988.34 | TOTALS | 2071.17 | | 82.83 | | 0.00 |



EXHIBIT "A"

## 3270 Explorer: Fee Activity Ledger (FEE1)
### B A N K U N I T E D -- 516

Loan Number: ███████                                    Borrower Name:  PRADO, MICHEL

```
FEE1                             FEE ACTIVITY LEDGER         02/10/10   16:11:11
SELECTED CODES 1          FROM MMDDYY                        PAGE    3  OF    3
MICHEL PRADO                             14588 SW 158 PATH
                                         MIAMI
                                                             FL 33196-

FEE                      DATE                DATE               DATE
CODE  DESCRIPTION        ASSESSED  AMOUNT    PAID     AMOUNT    WAIVED    AMOUNT
 1  -LATE CHGS-          10-16-08   63.98
 1  -LATE CHGS-          01-16-09   78.69
 1  -LATE CHGS-          02-17-09   78.69
 1  -LATE CHGS-                              05-04-09  78.69
 1  -LATE CHGS-          05-18-09   78.69
 1  -LATE CHGS-          06-16-09   78.69
 1  -LATE CHGS-          07-16-09   78.69
 1  -LATE CHGS-          08-17-09   78.69
 1  -LATE CHGS-          09-16-09   78.69
 1  -LATE CHGS-          10-16-09   78.69
 1  -LATE CHGS-          11-16-09   78.69


NET     1988.34   TOTALS  2071.17            82.83              0.00
** NO MORE ITEMS IN ACTIVITY LEDGER **
```



EXHIBIT "A"

## 3270 Explorer: Fee Activity Ledger (FEE1)
### BANKUNITED — 516

Loan Number: ███████                              Borrower Name: PRADO,MICHEL

```
FEE1                           FEE ACTIVITY LEDGER         02/10/10   16:13:39
SELECTED CODES G         FROM MMDDYY                       PAGE    1  OF    1
MICHEL PRADO                        14588 SW 158 PATH
                                    MIAMI
                                                           FL 33196-

FEE                      DATE                DATE              DATE
CODE  DESCRIPTION        ASSESSED   AMOUNT   PAID    AMOUNT    WAIVED     AMOUNT
 G    PROPERTY INSP FE   09-30-08    35.00
 G    PROPERTY INSP FE   12-15-08    12.00
 G    PROPERTY INSP FE   01-07-09    12.00
 G    PROPERTY INSP FE   06-08-09    12.00
 G    PROPERTY INSP FE   06-16-09    12.00
 G    PROPERTY INSP FE   07-22-09    12.00
 G    PROPERTY INSP FE   07-24-09    12.00
 G    PROPERTY INSP FE   08-13-09    12.00
 G    PROPERTY INSP FE   09-30-09    12.00
 G    PROPERTY INSP FE   10-22-09    12.00
 G    PROPERTY INSP FE   11-17-09    12.00
 G    PROPERTY INSP FE   12-17-09    12.00
 G    PROPERTY INSP FE   01-25-10    12.00
NET          179.00      TOTALS     179.00           0.00                 0.00
```

*(handwritten: 143.00; last three rows struck through; "179.00" struck through)*





# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 11/12/08                                **Acct. #:**
**Client:** BANKUNITED, FSB                         **Contact Person:** LORETTA
                                                               **Phone:** (866) 708-4393    **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588 S.W. 158 PATH
**City:** MIAMI           **State:** FL      **Zip Code:** 33196-0000
**Phone 1:**                                       **Phone:**
**Date/Field Call:** 11/25/08                **Inspector:** ACG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** GOOD
**Utilities:**     Electricity: UNK     Water: UNK     Gas: UNK
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN. NO NAME APPEARS ON MAILBOX. HOME IS OCCUPIED, FULL OF PERSONAL ITEMS.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

*(305)554-0434*
*FAX: (305)554-1460*

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 12/11/08              **Acct. #:** ▮▮▮▮▮
**Client:** BANKUNITED, FSB             **Contact Person:** LORETTA
                                        **Phone:** (866) 708-4393    **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588 S.W. 158 PATH
**City:** MIAMI              **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▮▮▮▮▮           **Phone:** ▮▮▮▮▮
**Date/Field Call:** 12/27/08           **Inspector:** ACG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** GOOD
**Utilities:**   Electricity: UNK    Water: UNK    Gas: UNK
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN. NO NAME APPEARS ON MAILBOX. HOME IS OCCUPIED, FULL OF PERSONAL ITEMS.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida  33165

## CUSTOMER PROFILE

**Date Entered:** 5/12/09     **Acct. #:** ███████
**Client:** BANKUNITED, FSB     **Contact Person:** LORETTA
                               **Phone:** (866) 708-4393   **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588 S.W. 158 PATH
**City:** MIAMI     **State:** FL     **Zip Code:** 33196-0000
**Phone 1** ███████     **Phone:** ███████
**Date/Field Call:** 05/20/09     **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**     Electricity: NO     Water: NO     Gas: NO
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN.  NO NAME APPEARS ON MAILBOX.  HOME IS OCCUPIED, FULL OF PERSONAL ITEMS. VEHICLE SPOTTED, TAG #221WMF.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

*(305)554-0434*
*FAX: (305)554-1460*

**a division of the LMS Group, Inc.**
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 6/10/09     **Acct. #:** ▮▮▮▮▮
**Client:** BANKUNITED, FSB     **Contact Person:** LORETTA
**Phone:** (866) 708-4393     **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588 S.W. 158 PATH
**City:** MIAMI     **State:** FL     **Zip Code:** 33196-0000
**Phone 1:** ▮▮▮▮▮     **Phone:** ▮▮▮▮▮
**Date/Field Call:** 06/13/09     **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** GOOD
**Utilities:**   Electricity: NO     Water: NO     Gas: NO
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN.  NO NAME APPEARS ON MAILBOX.  HOME IS OCCUPIED, FULL OF PERSONAL ITEMS.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 7/9/09              **Acct. #:** ▇▇▇▇▇
**Client:** BANKUNITED, FSB           **Contact Person:** LORETTA
                                      **Phone:** (866) 708-4393    **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI          **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▇▇▇▇▇                        **Phone:** ▇▇▇▇▇
**Date/Field Call:** 07/14/09             **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**   Electricity: NO      Water: NO      Gas: NO
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN.  NO NAME APPEARS ON MAILBOX.  HOME IS OCCUPIED, FULL OF PERSONAL ITEMS.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 8/10/09            **Acct. #:** ▓▓▓▓▓▓
**Client:** BANKUNITED, FSB         **Contact Person:** LORETTA
                                    **Phone:** (866) 708-4393    **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI            **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▓▓▓▓▓▓                 **Phone:** ▓▓▓▓▓▓
**Date/Field Call:** 08/11/09       **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**    Electricity: NO       Water: NO       Gas: NO
**Comments:** NO ONE HOME AT TIME OF VISIT, LEFT DOORKNOCKER TO HAVE DEBTOR CALL YOU ASAP! NEIGHBORS WERE NOT IN.  NO NAME APPEARS ON MAILBOX.  HOME IS OCCUPIED, FULL OF PERSONAL ITEMS.



EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 9/10/09                                **Acct. #:** ▇▇▇▇▇
**Client:** BANKUNITED, FSB                              **Contact Person:**
                                                         **Phone:** (  ) -         **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI                     **State:** FL     **Zip Code:** 33196-0000
**Phone 1:** ▇▇▇▇▇                                    **Phone:** ▇▇▇▇▇
**Date/Field Call:** 09/16/09                         **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**   Electricity: NO      Water: NO      Gas: NO
**Comments:** PERFORMED VISUAL INSPECTION.

EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 10/8/09                    **Acct. #:** ▉▉▉▉▉
**Client:** BANKUNITED, FSB              **Contact Person:**
                                          **Phone:**           **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI                **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▉▉▉▉▉             **Phone:** ▉▉▉▉▉
**Date/Field Call:** 10/17/09           **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:**  STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**    Electricity: NO       Water: NO      Gas: NO
**Comments:** PERFORMED VISUAL INSPECTION.

EXHIBIT "A"



# RELIANCE FIELD SERVICES

*(305)554-0434*
*FAX: (305)554-1460*

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 11/9/09             **Acct. #:** ▇▇▇▇▇
**Client:** BANKUNITED, FSB          **Contact Person:**
                                      **Phone:** ( )  -         **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI              **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▇▇▇▇▇                           **Phone:** ▇▇▇▇▇
**Date/Field Call:** 11/11/09                 **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**   Electricity: NO       Water: NO      Gas: NO
**Comments:** PERFORMED VISUAL INSPECTION.

EXHIBIT "A"



# RELIANCE FIELD SERVICES

(305)554-0434
FAX: (305)554-1460

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida  33165

## CUSTOMER PROFILE

**Date Entered:** 12/9/09         **Acct. #:** █████
**Client:** BANKUNITED, FSB       **Contact Person:**
                                   **Phone:** (  ) -        **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588 S.W. 158 PATH
**City:** MIAMI        **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** █████                  **Phone:** █████
**Date/Field Call:** 12/11/09        **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**   Electricity: NO    Water: NO    Gas: NO
**Comments:** VISITED PROPERTY, HOME IS OCCUPIED AND LEFT DOORKNOCKER.

EXHIBIT "A"



# RELIANCE FIELD SERVICES

*(305)554-0434*
*FAX: (305)554-1460*

*a division of the LMS Group, Inc.*
9971 Bird Road
Miami, Florida   33165

## CUSTOMER PROFILE

**Date Entered:** 1/6/10           **Acct. #:** ▓▓▓▓▓
**Client:** BANKUNITED, FSB        **Contact Person:**
                                   **Phone:**          **Ext:**

### Debtor's Information

**Name 1:** PRADO, MICHEL
**Name 2:**
**Address Line 1:** 14588  S.W. 158 PATH
**City:** MIAMI          **State:** FL    **Zip Code:** 33196-0000
**Phone 1:** ▓▓▓▓▓                        **Phone:** ▓▓▓▓▓
**Date/Field Call:** 01/19/10             **Inspector:** MOG
**Occupancy:** OCCUPIED
**Area:** STABLE
**Const. Type:** SINGLE FAMILY
**Property Cond.:** FAIR
**Utilities:**    Electricity: YES     Water: YES     Gas: NO
**Comments:** PERFORMED VISUAL INSPECTION.

EXHIBIT "A"

# Van Ness Law Firm,

1239 E Newport Center Drive
Suite 110
Deerfield Beach FL 33442
954-571-2031

# Invoice

| Date | Invoice # |
|---|---|
| 7/9/2009 | ▮ |

**PAID**

| Bill To |
|---|
| BankUnited
7815 N.W. 148th Street
Miami, FL 33016
Mail Code: D04-FORE 538 |

| P.O. No. | Terms | Project |
|---|---|---|
| ▮ | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Loan #501520-1 - Michel Prado | | |
| | Attorney's Fee | 600.00 | 600.00 |
| | Filing Fee | 1,940.00 | 1,940.00 |
| | Mediation Fee | 750.00 | 750.00 |
| | Title Search/Exam | 315.00 | 315.00 |

EXHIBIT "A"

| | Total | $3,605.00 |
|---|---|---|