# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    Case No.: 09-33729-LMI
MICHEL PRADO AND                               Chapter 13 Proceedings
SUSANMARIE Y. PRADO fka
SUSANMARIE OTINIANO
_____/

## GMAC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to Fed. R. Bank. Proc. 4001 (a) GMAC moves for relief from the automatic stay so it can repossess and sell the 2008 CHEVROLET HHR owned by MICEHL PRADO.

In support of this motion, GMAC represents:

1.        This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(a) and 362(d) of Title 11, United States Code (hereinafter referred to as the "Code"). Furthermore, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2.        On October 29, 2009 Michel Prado and Susanmarie Y. Prado (hereinafter referred to as the "Debtors") filed a voluntary petition under Chapter 13 of the Code with this Court.

3.        On March 22, 2008, the Debtor entered into a Retail Installment Sales Contract (hereinafter referred to as the "Contract") with Grand Prize Chevrolet (hereinafter referred to as the "Seller"), whereby the Debtor agreed to make payments totaling $25,983.36 in connection with the purchase of a 2008 CHEVROLET HHR, Vehicle Identification Number 3GNDA13D88S631903 (hereinafter referred to as the "Motor Vehicle"). A copy of the Contract is attached hereto as Exhibit A.

5.        The secured creditor is not treated under the Chapter 13 Plan and the relief sought is in rem stay relief to allow the secured creditor to pursue available state court remedies against the collateral securing repayment of the debt.

6.        The Contract was subsequently assigned by the Seller to GMAC.

7.      Pursuant to the terms of the Contract, GMAC retains a security interest in, inter alia, the Motor Vehicle and any accessories, equipment and replacement parts installed in said Motor Vehicle.

8.      GMAC'S ownership interest is duly reflected on the Certificate of Title with the State of Florida, Motor Vehicle Department, a copy of an Electronic Title Document is attached hereto as Exhibit B.

9.      The Contract requires the payment by the Debtor to the Holder of 72 monthly installments of $360.88 each, commencing April 22, 2008.  The Debtor is currently in default under the Agreement for failure to make the payment due on April 22, 2010 and all subsequent payments.  The total amount necessary to bring the account current is $721.78.  The net outstanding balance owed on the Contract is $15,640.29.

10.      The Debtor has failed to maintain insurance on the vehicle.

11.      An Affidavit of Indebtedness is attached hereto as Exhibit C.

12.      The N.A.D.A. replacement value of the Motor Vehicle as of May 2010 is $11,575.00.  A copy of the N.A.D.A. book value for the month of May 2010 is attached hereto as Exhibit D.

13.      The Motor Vehicle and said Motor Vehicle is not necessary for an effective reorganization.

14.      The Debtor has failed to offer GMAC adequate protection of its interest in the Motor Vehicle.  The Debtor continues to use the Motor Vehicle while failing to make post-petition payments.  In addition, the Motor Vehicle continues to depreciate and is subject to risk of damage and/or loss.

15.      The Motor Vehicle by its very nature shall continue to depreciate by its daily use and is also subject to being easily secreted, damaged or destroyed thereby impairing and reducing the value of GMAC'S security interest under the Contract.

16.     Additionally, the Motor Vehicle by its very nature can be easily removed from this area and the jurisdiction of this court and the local state courts.

17.     Additionally, upon the entry of an order terminating the automatic stay, the Debtors is more likely to take actions detrimental to the Motor Vehicle, including hiding it, damaging it, destroying it, or removing it from this geographic area, thereby impairing GMAC'S security interest in the Motor Vehicle.

**WHEREFORE,** GMAC moves the Court for an Order (a) terminating the Automatic Stay imposed by Section 362(a) of the Code and (b) either waiving or shortening the 10 day stay period provided for in Bankruptcy Rule 4001(a)(3) so that GMAC may repossess and/or replevy the Motor Vehicle and foreclose its interest under its security agreement with the Debtors by selling or otherwise disposing of the Motor Vehicle and applying the sales proceeds to the indebtedness owed to GMAC.   Moreover, should the Debtor(s) bring the account current prior to the date set for this hearing on stay relief, Creditor moves this court for a conditional order providing for stay relief upon a future default in payments to GMAC.

CERTIFICATE OF SERVICE AND COMPLIANCE
WITH LOCAL RULE 9073-1(D)

I HEREBY CERTIFY that a true and correct copy of this Motion for Relief from
Automatic Stay was mailed to the Debtors and sent electronically to the Debtors' Attorney and
the Trustee this 27th day of May 2010, and that I have conferred with opposing counsel in an
attempt to resolve these issues.

Debtors' Attorney:
Patrick L. Cordero, Esquire

Debtor:
Michel Prado
Susanmarie Y. Prado
14588 SW 158th Path
Miami, FL 33196

Trustee:
Nancy N. Herkert

Moody, Jones, Ingino & Morehead, P.A.
Attorneys for GMAC
1333 S. University Drive, Suite 201
Plantation, Florida 33324
(954) 473-6605
(954) 473-6855 Fax

By: _____
KENNETH M. JONES
FL Bar No.: 142618

(I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN
COMPLIANCE WITH THE ADDITIONAL QUALIFICATION TO PRACTICE IN THIS COURT
SET FORTH IN LOCAL RULE 2090-1(A).

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE

APR -7 2008

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| MICHEL PRADO | GRAND PRIZE CHEVROLET |
| 0601 SW D STREET # 609 | 1701 W 49 ST STREET |
| MIAMI FL 33130 CO MIAMI-DADE | MIAMI FL 33177 |
| Buyer's Name CO BUYER | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of 8.75 % per year The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Weight (lbs) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2008 | CHEVROLET | 3053 | 3GNBA13888S631903 | [X] personal, family or household [ ] business [ ] agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1500.00 |
|---|---|---|---|---|
| 8.75 % | $ 5923.89 | $ 20159.47 | $ 26083.36 | $ 27483.36 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 360.88 | Monthly beginning 04/22/2008 |
| Or As Follows | | |

Late Charge. If payment is not received in full within ____ ____ days after it is due, you will pay a late charge of ____ % of the part of the payment that is late.

Prepayment. If you pay off all your debt early, you may have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| 1 Cash Price (including $ _____ sales tax) | | | $ 20689.22 (1) |
| 2 Total Downpayment = | | | |
| Trade-in | | | |
| (Year) | (Make) | (Model) | |
| Gross Trade-In Allowance | | $ N/A | |
| Less Pay Off Made By Seller | | $ N/A | |
| Equals Net Trade In | | $ N/A | |
| + Cash | | $ N/A | |
| + Other REBATE | | $ 1500.00 | |
| (If total downpayment is negative, enter "0" and see 4J below) | | | $ 1500.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | | $ 19189.22 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | | | |
| (Seller may keep part of these amounts) | | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | | |
| Life | $ N/A | | |
| Disability | $ N/A | | |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A | |
| C Other Insurance Paid to Insurance Company or Companies | | $ N/A | |
| D Official Fees Paid to Government Agencies | | $ 0.50 | |
| E Government Documentary Stamp Taxes | | $ N/A | |
| F Government Taxes Not Included in Cash Price | | $ 70.70 | |
| G Government License and/or Registration Fees | | $ N/A | |
| LIC FEE | | $ 199.00 | |
| H Government Certificate of Title Fees | | $ N/A | |
| I Other Charges (Seller must identify who is paid and describe purpose) | | | |
| to N/A for Prior Credit or Lease Balance | | $ N/A | |
| to JIM MORAN for GAP PROT | | $ 699.00 | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 977.20 (4) |
| 5 Unpaid Balance (Amount Financed) (3 plus 4) Finance Charge | | $ 20159.47 (5) |
| 6 Amount Financed (3 plus 4) | | | $ 20159.47 |
| Payment Schedule 72 installments of $ 360.88 each, monthly beginning 04/22/2008 | | | |
| or as follows | | | |

[ ] VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance). If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ and is shown in Item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.
*Tax Authorities not to purchase Vendor's or Lender's Single Interest Insurance.

Buyer X _____ Co-Buyer X _____ Date _____

OPTION: [ ] You pay no finance charge if the amount financed, item 6, is paid in full on or before _____ N/A _____, Year _____.   SELLER'S INITIALS _____

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it, and no oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

NOTICE TO THE BUYER: a. Do not sign this contract before you read it or if it contains any blank spaces. b. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 03/22/08 _____ Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs X _____
Seller signs GRAND PRIZE CHEVROLET
By X _____ Date 03/22/08 X _____   KEVIN HAUSSMANN
Seller assigns its interest in this contract to GMAC (Assignee) under the terms of Seller's assignment.   Comptroller
[ ] Assigned with recourse   [X] Assigned without recourse   [ ] Assigned with limited recourse
GRAND PRIZE CHEVROLET
Seller _____ By _____   X _____   KEVIN HAUSSMANN
                                                  Comptroller
ORIGINAL LIENHOLDER

LAW® FORM NO. 553-FL

(right column, insurance section)

OPTIONAL CREDIT INSURANCE
Credit Life [ ] Buyer [ ] Co-Buyer [ ] Both
Credit Disability (Buyer Only) [ ]
Term N/A
Premium
  Credit Life $ N/A
  Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

Buyer X _____
Co-Buyer X _____ Date _____

Other Insurance
[ ] N/A _____ Type of Insurance _____ Term _____
Premium $ _____
Insurance Company Name N/A
Home Office Address N/A

I want the insurance checked above.
Buyer Signature X _____
Co-Buyer Signature X _____ Date _____

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

Returned Check Charge. If any check or draft you give us bounces or is dishonored, we will charge you a fee stated below that is equal to the amount we are permitted by law to charge. $ _____ is the maximum permitted by law.

# PDP Electronic Title Document

ELT*FL

Title # :                    0100524873           Title Type :
Issue Date :                 04/16/2008           Lic/Tag/Control # :

VIN            : 3GNDA13D88S631903
Vehicle Info : 2008 CHEV 4D

Odometer Reading :
Date              : 00/00/0000
Status            :

Owner Information : PRADO, MICHEL
Co-Owner            :
Third Owner         :
Owner Address       : 900 SW 8 ST 908
                      MIAMI, FL 3313000000

Lienholder Information : GMAC

                      ,

2nd Lienholder Name :

ELT Sent Date        : 04/16/2008
Lien Type            : P
Owner Driver License # :

PDP Doc Ref : 50000004735 / 00067  05/20/2010  14:28:07

     

Terms of Use • Copyright Notice • Privacy Policy
© 2002-2010 PDP Group, Inc. All rights reserved.

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Chapter 13

Michel Prado,                                             Case No. 09-33729-LMI
        Debtor(s).

**Affidavit**

    I, C. Byng, on behalf of GMAC, declare under penalty of perjury that I am basing the information set forth in this affidavit upon a personal review of the business records maintained by GMAC in the course of its regularly conducted business with regard to the account of the Debtor(s).

1.    GMAC has security interest in the following Vehicle:
      N08 CHEVHHR VIN 3GNDA13D88S631903

2.    $15,640.29  - is the outstanding balance under the contract.

3.    $360.90  - is the current defaults under the contract.  The Debtor(s) has/have defaulted in payments under the contract since 4/22/2010.

4.    $11,575.00  - is the fair market value of the Vehicle.

5.    No  - appropriate insurance has been verified.

Dated:      May 20, 2010

                                         C. Byng
                                    _____
                                      C. Byng
                                      Bankruptcy Specialist

Subscribed and sworn to before me on May 20, 2010

_____
     Notary

Stephanie Akera Wright
NOTARY PUBLIC
STATE OF MINNESOTA
My Commission Expires 1-31-2013

# NADA Official Used Car Guide
## Thursday, May 20, 2010

## Vehicle Summary NADA Values

**Region:** Southeastern - May 2010          **Reference #:**

**Vehicle Description:** 2008 CHEVROLET          **VIN:**          3GNDA13D88S631903
HHR-4 Cyl.
Wagon 4D LS

**MSRP:**          $16,175          **Weight:**          3,155

**Mileage:**          37,500

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Value | $6,825 | $7,925 | $8,800 | $7,925 | $11,450 |
| **Optional Equipment** Theft Recovery Sys | $100 | $100 | $100 | $100 | $125 |
| **Option Total** | $100 | $100 | $100 | $100 | $125 |
| **Mileage Adjustment** | $0 | $0 | $0 | $0 | $0 |
| **Total NADA Official Used Car Guide Values** | $6,925 | $8,025 | $8,900 | $8,025 | $11,575 |

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

IN RE:
MICHEL PRADO AND
SUSANMARIE Y. PRADO fka
SUSANMARIE OTINIANO
_____/

Case No.: 09-33729-LMI
Chapter 13 Proceedings

## ORDER GRANTING GMAC RELIEF FROM AUTOMATIC STAY

GMAC has sought relief from the automatic stay with respect to its interest in the following described motor vehicle;

2008 CHEVROLET HHR
Vehicle Identification Number 3GNDA13D88S631903

After hearing on July 6, 2010 at 1:30 p.m. it is;

ORDERED AND ADJUDGED THAT:

The Motion For Relief From Automatic Stay filed by GMAC is <u>GRANTED</u> and the stay imposed pursuant to 11 U.S.C. Section 362 is modified so as to allow GMAC to repossess or replevy the 2008 CHEVROLET HHE, Vehicle Identification 3GNDA13D88S631903, to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to GMAC, or to

proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Further, Rule 4001(a) (3) of the Federal Rules of Bankruptcy Procedure is not applicable and GMAC may immediately enforce and implement this order granting relief from the automatic stay.


### 

Kenneth M. Jones, Moody, Jones, Ingino & Morehead, P.A., 1333 S. University Dr. Suite 201, Plantation, Florida 33324, 954-473-6605, Attorney for GMAC, is directed to serve a copy of this order on the parties listed and file a certificate of service.

Debtors' Attorney:
Patrick L. Cordero, Esquire

Debtor:
Michel Prado
Susanmarie Y. Prado
14588 SW 158th Path
Miami, FL 33196

Trustee:
Nancy N. Herkert